UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!
LAUNDRY, DRY CLEANING WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

STAINLESS PARTNERS, INC.
D/B/A WORLD CLEANERS,
Respondent.

AFFIDAVIT OF SERVICE
07CIV. 2973 (GBD)

STATE OF NEW YORK   )
                    ) ss.
County of New York  )

Evelyn Soto, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11215.

2. On April 24, 2007, I served the Respondent herein with a copy of the Petition to Confirm Arbitration Award by delivering a true copy of said Motion papers in an envelope addressed to the Respondent at Stainless Partners, Inc. D/B/A World Cleaners, 740 Pine Street, Brooklyn, New York 11208 into the custody of the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7834 6995 and regular mail.

_____
Evelyn Soto

Sworn to, before me, this
29th day of May 2007.

_____
SABRINA BROOKS
Notary Public, State of New York
No. 01BR6152502
Qualified in Queens County,
Commission Expires 9/18/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!
LAUNDRY, DRY CLEANING WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

STAINLESS PARTNERS, INC.
D/B/A WORLD CLEANERS,
Respondent.

AFFIDAVIT OF SERVICE
07CIV. 2973 (GBD)

STATE OF NEW YORK    )
                     ) ss.
County of New York   )

Evelyn Soto, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11215.

2. On April 24, 2007, I served the Respondent herein with a copy of the Notice of Petition dated April 18, 2007 and the Memorandum of Law dated April 18, 2007 by delivering a true copy of said motion papers in an envelope addressed to the Respondent at Stainless Partners, Inc. D/B/A World Cleaners, 740 Pine Street, Brooklyn, New York 11208 into the custody of the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7834 6995 and regular mail.

_____
Evelyn Soto

Sworn to, before me, this
29th day of May 2007.

_____
SABRINA BROOKS
Notary Public, State of New York
No. 01BR6152502
Qualified in Queens County,
Commission Expires
9/18/2010