UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!
Petitioners,

and

STAINLESS PARTNERS, INC.
D/B/A WORLD CLEANERS,
Respondent.

**DEFAULT JUDGMENT**

07 Civ. 2973 (GBD)

The Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and the Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! (hereinafter, the "Petitioners") having commenced the within action on April 13, 2007 by filing a Petition to Confirm the Arbitration Award of Philip Ross, dated February 27, 2007 (hereinafter, the "Petition") and Stainless Partners, Inc. D/B/A World Cleaners (hereinafter, the "Respondent") having been duly served April 24, 2007 with a copy of the Petition and copies of papers in support of the Petition by certified mail, return receipt requested and proofs of service having been filed on May 29, 2007 and a copy of this application having been mailed to Respondent on 30th of May 2007 and Respondent having failed to appear, answer or otherwise move with respect to the Petition. In light of the fact that the Court is being asked to confirm a default arbitration award, and in accordance with the Second Circuit opinion in D.H. Blair & Co., Inc. –v.- Gottdiener, 462 F.3d 95 (2d Cir. 2006), this Court has examined the record upon which the underlying arbitration award was based and finds that the record supplied to the arbitrator is a sufficient basis for the award.

**NOW, THEREFORE,** upon application of the Petitioners and upon reading the annexed Affidavit of Mark Schwartz, Esq. duly sworn the 14th day of June 2007 and the Certificate of J. Michael McMahon, Clerk of Court, United States District Court for the Southern District of New York, noting the default of the above named Respondent for failure to appear, answer or otherwise move with respect to the Petition, it is hereby,

**ORDERED, ADJUDGED AND DECREED,** that the Arbitration Award of Philip Ross, dated February 27, 2007, be confirmed; and it is further,

**ORDERED, ADJUDGED AND DECREED,** that Petitioners have Judgment against Respondent on the Award in the principal amount of $6,074.72 together with interest in the amount of $249.77 and costs in the amount of $350.00 for a total Judgment of $6,674.49.

Dated: JUN 2 5 2007
New York, New York

*George B. Daniels*
George B. Daniels
United States District Court Judge

HON. GEORGE B. DANIELS